**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | . MAGISTRATE JUDGE NO. 10-00863-MBB |
| V. | . BOSTON, MASSACHUSETTS |
| | . FEBRUARY 4, 2010 |
| LAWRENCE M. PERLMUTTER | . |
| Defendant | . |

. . . . . . . . . . . . . . . .

TRANSCRIPT OF DETENTION HEARING
BEFORE THE HONORABLE MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the government:  UNITED STATES ATTORNEY'S OFFICE
BY: Zachary R. Hafer, Esq.
One Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3106
Zachary.hafer@usdoj.gov

For the defendant:  Ian Gold, Esq.
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street
5th Floor
Boston , MA 02210
617-223-8061
Ian_Gold@fd.org

Court Reporter:

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

*MARYANN V. YOUNG*
**Certified Court Transcriber**
Wrentham, MA  02093
(508) 384-2003

2

**I N D E X**

Proceedings                                                      3

MARYANN V. YOUNG
Certified Court Transcriber
(508) 384-2003

3

1    **P R O C E E D I N G S**

2        CASE CALLED INTO SESSION

3            THE CLERK:  The Honorable Marianne B. Bowler

4    presiding.  Today is February 4, 2010.  The case of United

5    States v. Lawrence Perlmutter, Magistrate No. 10-863 will now

6    be heard.  Would counsel please identify themselves for the

7    record.

8            MR. HAFER:  Good afternoon, Your Honor, Zack Hafer

9    for the government.

10           THE COURT:  Thank you very much.

11           MR. GOLD:  Good afternoon, Your Honor, Ian Gold for

12   the defendant Lawrence Perlmutter.

13           THE COURT:  Thank you.  Well it's on for detention

14   and probable cause.  Are we going forward?

15           MR. HAFER:  Your Honor, I think a couple of things.

16   At this time based on the information the government has, while

17   the government believes that it is conceivable there are

18   conditions that the government can agree to and would therefore

19   withdraw our application for detention, information in light of

20   the interview with pretrial this morning, in light of other

21   information with respect to Mr. Perlmutter's wife being from

22   Brazil, recent foreign travel, some stuff we learned today

23   conflicting with stuff we learned yesterday, it's the

24   government's position that we need an additional continuance as

25   we're entitled to under the statute.  We agreed to a very quick

4

1  hearing today I thought as a courtesy and on the expectation

2  that we would have information by which we could make a

3  determination and fashion reasonable conditions that would

4  ensure Your Honor and everyone else of appearance.

5            We have zero information, financial information and

6  it's very, very hard for me to stand here this quickly and make

7  a determination out of my mouth that can reasonably assure

8  appearance when we don't have any information, none's been

9  provided.  There's been we learned today very recent travel to

10 Brazil.  There's extensive family, Mr. Perlmutter's wife in

11 Brazil.  And while the government - I do believe, Your Honor,

12 at some point in the near future we can figure out what's going

13 on and get more information and withdraw the application.  We

14 can do that perhaps by Monday.  At this point where we are the

15 government would seek a continuance until Monday as it's

16 entitled to under the statute.

17           MR. GOLD:  Well, Your Honor, I would submit that

18 there was a continuance.  It was granted.  It was granted till

19 today.  Mr. Perlmutter is entitled to a hearing and what the

20 government appears to be seeking is information which we have

21 advised Mr. Perlmutter not to disclose.  This is a case which

22 involves allegations of financial impropriety.  He has a Fifth

23 Amendment Right not to incriminate himself.  And the

24 government's representations that they have no idea of anything

25 about Mr. Perlmutter are simply not completely accurate.

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**

5

1    We know that he is a BAR advocate.  He's a member of
2 the Bar in Massachusetts.  He works representing indigent
3 defendants for an hourly wage at, through the Committee for
4 Public Counsel Services.  That's what he does.  Apparently what
5 the government is seeking is simply statements about his
6 financial condition which I don't think will be forthcoming.
7    Now, Mr. Perlmutter has been interviewed by pretrial
8 services.  They have suggested conditions which the Court may
9 consider in considering Mr. Perlmutter's release.  I have in
10 court, the pretrial services suggested a $50,000 bond to be
11 cosigned by a cosigner.  In the court today I have a member of
12 the Bar also in Massachusetts, Michael Rubenstein who has been
13 practicing for 25 years as an associate of Mr. Perlmutter's who
14 is willing to cosign that bond on his behalf.
15    With respect to – Mr. Perlmutter's wife is Brazilian.
16 She is in the country legally.  They have been together--
17    THE COURT:  Well, there seems to be some question
18 about that so.
19    MR. GOLD:  Well based on the – unless there is
20 conflicting information of which we are not aware Immigration
21 report, she reported to me and Immigration reported to pretrial
22 services that she's on a Visa until August 31st of 2010.  They
23 also have a pending application for her to become a legal
24 permanent resident.  They have been together for 14 years.
25 They have a 14-year-old daughter.  Ms. Perlmutter is at home

1 with that daughter right now.  I was on the phone with her
2 earlier today.  Now – and they were married legally in June of
3 2008 and there is a citizenship application pending.  Why the
4 fact that she has ties to Brazil would make him a flight risk
5 when he has a very well established life here.  He has two
6 children with a prior spouse in addition to his child with his
7 current wife.
8            THE COURT:  Well, you're making your argument.  The
9 bottom line is the government has a right to a continuance.
10 They accommodated yesterday, said they would give you the day.
11 If they want the three day continuance I'll give it to them.  I
12 need further information.  Ms. Brown tells me that his wife
13 would not surrender her passport as part of a condition of
14 release, so I think you have to wait until Monday and see if
15 you can put together a package.
16            So what do we have available on Monday, Mr. Duffy?
17            THE CLERK:  Your Honor, Monday at 2:30 we'll be
18 seeing co-defendant Cespedes and we could do it then.
19            THE COURT:  All right.  So it's continued until
20 Monday, February the 8th at 2:30 for a detention and probable
21 cause and if you can work out conditions go ahead.
22            MR. HAFER:  We will certainly try, Your Honor.
23            THE COURT:  All right.  In the meantime the
24 defendant's remanded to the custody of the agents present in
25 the courtroom to be delivered to the United States Marshal.

1      CERTIFICATION

2      I, Maryann V. Young, court approved transcriber, certify

3   that the foregoing is a correct transcript from the official

4   digital sound recording of the proceedings in the

5   above-entitled matter.

6

7   /s/ Maryann V. Young                    February 11, 2010

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**